UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARRY S.,                                    Case No. 25-11060

     Plaintiff,                              F. Kay Behm
v.                                           United States District Judge

COMMISSIONER OF SOCIAL                       Elizabeth A. Stafford
SECURITY,                                    U.S. Magistrate Judge

     Defendant.
_____ /

## **JUDGMENT**

In accordance with the court's order entered this same day, **IT IS**

**ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendant and against Plaintiff.  The Commissioner's final decision is

**AFFIRMED**.  This is a final order and closes the case.

     **SO ORDERED**.

Date: June 8, 2026                   s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge

1